UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

GLEN BUDIMIR and KELLY BUDIMIR, )
as Co-Personal Representatives of the )
ESTATE OF KYLE BUDIMIR, Deceased, )
                                       )
        Plaintiffs, )
                                         )
        v. )         CAUSE NO.: 2:26-CV-88
                                         )
WHITE COUNTY SHERIFF'S )
DEPARTMENT; BOARD OF )
COMMISSIONERS OF WHITE )
COUNTY; SHERIFF BILL BROOKS; )
DEPUTY NICK MARTINEZ; )
DEPUTY DANNIEL McVADY; and )
GERARDO CABRERA RODAS, )
                                         )
        Defendants. )

**ORDER**

This matter is before the court *sua sponte*. Defendants removed this case from the White County Circuit Court on March 4, 2026, alleging: "Venue is proper in the United States District Court for the Northern District of Indiana under 28 U.S.C. § 1441(a) because it is the federal judicial district embracing the place where the action is pending, White County Circuit Court, in the State of Indiana," but filed the case in the Hammond Division. Pursuant to Northern District of Indiana Local Rule 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

1

Accordingly, the court hereby **DIRECTS** the Clerk of Court to **CLOSE** this case and **OPEN** a new case with these filings in the Lafayette Division with the same judge.

ENTERED this 5th day of March, 2026.

 /s/ Andrew P. Rodovich
United States Magistrate Judge